**Order filed April 16, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00967-CV**
**NO. 14-20-00231-CV**

_____

**RAHUL K. NATH M.D., Appellant**

**V.**

**BAYLOR COLLEGE OF MEDICINE AND TEXAS CHILDREN'S HOSPITAL, Appellees**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-10826**

---

## ORDER

On December 5, 2019, Rahul K. Nath, M.D., filed a premature notice of appeal. The appeal was assigned to this court under our appellate number 14-19-00967-CV. On March 19, 2020, Rahul K. Nath, M.D., filed a second notice of appeal. The appeal was assigned to this court under our appellate number 14-20-

00231-CV. The final judgment from which both appeals arise was signed on December 27, 2019.

On March 25, 2020, appellees Baylor College of Medicine and Texas Children's Hospital filed a motion to consolidate the appeals. Appellant responded. The motion is **GRANTED** and we issue the following order:

We order the appeals pending under our appellate case numbers 14-19-00967-CV and 14-20-00231 **CONSOLIDATED.**

Appellees further request each party be limited to a single brief and the establishment of a briefing schedule. The motion is GRANTED.

In appeal number 14-19-00967-CV, appellant's brief has been filed and appellees' brief is due April 27, 2020. In appeal number 14-20-00231-CV, the record is due April 27, 2020.

Appellant's amended brief, to be filed in appeal number 14-19-00967-CV and 14-20-00231-CV, is due thirty (30) days after the record is filed appeal number 14-19-00967-CV. Appellee's brief will be due thirty (30) days after appellant's brief is filed. Appellee's reply brief, if any, will be due twenty (20) days after appellee's brief is filed. The parties are directed to include the appellate case numbers of both appeals on their briefs and all filings in this court.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise, and Spain.